# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GORDON W. DYER,

     Plaintiff,

vs.                               No. 09-CV-0657 JB/KBM

BANK OF AMERICA, N.A.;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.
AND TRANS UNION LLC,

     Defendants.

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE
## AS TO DEFENDANT BANK OF AMERICA, N.A.

COMES NOW Plaintiff Gordon W. Dyer, by and through his attorneys of record,

Fefferman Warren & Treinen, P.A., pursuant to Fed.R.Civ.P. 41(a)(2) and respectfully moves the

Court for an order dismissing Plaintiff's Complaint, together with all claims which were either

made therein or which could have been made therein, with prejudice as to Defendant Bank of

America, N.A. for the reason that all matters in dispute between Plaintiff and Defendant Bank of

America, N.A., have been resolved.

                                 FEFFERMAN WARREN & TREINEN P.A.

                                 */s/ Rob Treinen Electronically Filed*
                                 Rob Treinen,
                                 300 Central Ave. N.W., Suite 2000W
                                 Albuquerque, New Mexico 87102
                                 Tele: (505) 243-7773 Fax: (505) 243-6663

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Charles J. Vigil, Esq.
Rodey Dickson Sloan Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM 87103
*Attorney for Defendant Experian*
cvigil@rodey.com

Patricia Williams, Esq.
Wiggins, Williams & Wiggins
PO Box 1308
Albuquerque, NM 87103-1308
*Attorney for defendant Equifax*
*pwilliams@wwwlaw.us*

Rodney L. Schlagel, Esq.
Butt, Thornton & Baehr
PO Box 3170
Albuquerque, NM 87190
*Attorney for Defendant Trans Union*
rlschlagel@btblaw.com

Tiffany Lee Cox, Esq.
Strasburger & Price, LLP
2801 Network Boulevard
Suite 600
Frisco , TX 75034
*Attorney for Defendant Trans Union*
tiffany.cox@strasburger.com

Jordon S. Yu, Esq.
Reed Smith, LLP
355 So. Grand Avenue #2900
Los Angeles, California 90071
*Attorney for Defendant Bank of America*
jsyu@reedsmith.com

Arthur O. Beach, Esq.
Keleher & McLeod, P.A.
Post Office Box AA
Albuquerque, New Mexico 87103
*Attorney for Defendant Bank of America*
aob@keleher-law.com

*/s/Arthur O. Beach Electronically Filed*

88775